■ MARIE P. MOLLOY et al., Respondents, v STELLA I. D'ANGELILLO, Appellant. (And Another Action.) [699 NYS2d 676] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered September 2, 1998, which, in a personal injury action arising from an automobile accident, denied the motion of Action No. 1 defendant Stella I. D'Angelillo for summary judgment dismissing the complaint upon the ground that plaintiff had not sustained "serious injury" within the meaning of Insurance Law § 5102 (d), unanimously affirmed, with costs.

The medical report detailing plaintiff's "serious injuries" (see, Insurance Law § 5102 [d]), along with plaintiff's affidavit as to the extent of her disabling symptoms, sufficed to raise a factual issue as to whether plaintiff had sustained "serious injury" as defined in Insurance Law § 5102 (d) and thus to defeat defendant's motion for summary judgment (see, Greco v Five Five Garage Corp., 123 AD2d 422). Concur—Ellerin, P. J., Nardelli, Williams, Rubin and Andrias, JJ.

■ In the Matter of the Arbitration between GENERAL ACCIDENT INSURANCE COMPANY, Respondent, and VYACHISLAV MALINSKY et al., Appellants. [699 NYS2d 678] —Order, Supreme Court, New York County (William McCooe, J.), entered on or about December 4, 1998, which granted the petition for a permanent stay of the arbitration of the subject uninsured motorist claim, unanimously reversed, on the law and the facts, without costs, the petition denied and the proceeding dismissed. Appeal from order, same court and Justice, entered April 7, 1999, which, insofar as appealable, denied respondents' motion for renewal, unanimously dismissed, without costs, as academic in light of the foregoing.

The petition to stay arbitration should have been denied since the insured sufficiently complied with the contractual provisions of the uninsured motorist endorsement. Concur—Ellerin, P. J., Nardelli, Williams, Rubin and Andrias, JJ.